UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP ARTHUR THOMPSON, | No. 2:11-cv-01318 GEB AC P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN DICKINSON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has appealed this court's denial of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 41 (notice of appeal). Thereafter, on August 22 and 25, 2014, petitioner filed motions to proceed in forma pauperis on appeal. ECF Nos. 44 and 45. Petitioner is advised that the court has forwarded each motion to the Ninth Circuit Court of Appeals for further action as this court was divested of jurisdiction once petitioner filed his notice of appeal. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam).

Accordingly, IT IS HEREBY ORDERED that no further action will be taken on petitioner's motions.

DATED: August 27, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1